# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Systems Application & Technologies, Inc. )     ASBCA No. 60745
)
Under Contract Nos. N00178-04-D-4072 )

APPEARANCE FOR THE APPELLANT:     Craig A. Holman, Esq.
      Arnold & Porter Kaye Scholer LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
      DCMA Chief Trial Attorney
    Kara M. Klaas, Esq.
      Trial Attorney
      Defense Contract Management Agency
      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 June 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60745, Appeal of Systems Application & Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals